**Order entered September 18, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00548-CR

**WALTER TROY LLOYD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F15-75605-U**

## ORDER

Before the Court is appellant's September 14, 2017 second motion for extension of time to file his pro se response to counsel's *Anders* brief. We **GRANT** the motion. Appellant's pro se response is due by **October 9, 2017**. If appellant's pro se response is not filed by October 9, 2017, the appeal will be submitted without the pro se response.

/s/     LANA MYERS
         JUSTICE